AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Emmanuel VERA-Santos | ) | Case No. 25-1913 PO |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 12, 2025__ in the county of __Doña Ana__ in the state and District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| COUNT 1: 8 USC 1325(a)(1) | being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers. |

This criminal complaint is based on these facts:
The defendant was encountered by Border Patrol Agents on December 12, 2025, in Dona Ana County, New Mexico. When questioned as to his citizenship, the defendant admitted to being a citizen of Mexico without authorization to enter or remain in the United States. The defendant stated that he last entered the United States by illegally crossing the border near Santa Teresa, New Mexico in Dona Ana County on December 12, 2025, at a place not designated as a lawful port of entry.

☐ Continued on the attached sheet.

*Complainant's signature*

Gilberto Mendoza, Border Patrol Agent
*Printed name and title*

Electronically submitted and telephonically sworn to before me:

Date: __12/15/2025__

*Judge's signature*

City and state: __Las Cruces, New Mexico__

GREGORY J. FOURATT
U.S. MAGISTRATE JUDGE
*Printed name and title*